IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CV251

| | | |
|---|---|---|
| Michael J. Quilling, Reciver for Frederick J. Gilliland, | ) ) ) | **ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| Grand Street Trust, Heartland Control Trust, Future Control Trust, Marie Margarite Gueco Mercado Pacquette, Rein Evans Sestanovich, LLC, f/k/a Dressler Rein Evans & Sestanovich, LLP, Melrose Escrow, Inc., and Paul Cohen, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court upon the motion of Defendant Rein Evans & Sestanovich, LLP to allow Susan Taylor Wall to appear *Pro Hac Vice*, filed February 8, 2006.

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Ms. Wall has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: February 14, 2006

Graham C. Mullen
United States District Judge