**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:04CV251**

| | | |
|---|---|---|
| **MICHAEL J. QUILLING, RECEIVER** | ) | |
| **for FREDERICK J. GILLILAND,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **GRAND STREET TRUST, *et al,*** | ) | |
| | ) | |
| **Defendants.** | ) | |

      **THIS MATTER IS BEFORE THE COURT** on its own motion. The parties are hereby directed to file a report to the court within 10 days from the date of this order as to the status of this case.

      **IT IS SO ORDERED.**

Signed: March 28, 2007

Graham C. Mullen
United States District Judge